■ ARTHUR DAVIS et al., Appellants, v. COLONIAL SAND & STONE CO. OF N. J., INC., et al., Respondents.— Order entered on December 16, 1966 appealed from unanimously modified in the exercise of discretion, to provide that the motion is denied, without prejudice to renew on condition respondents pay a full bill of costs to date plus $250, such payment to be made within 10 days after service of a copy of the order entered herein, with notice of entry. As so modified the order is otherwise affirmed, with $30 costs and disbursements to appellants. In the event the condition is not fully met, the order appealed from is modified, in the exercise of discretion, to deny leave to renew, with $30 costs and disbursements to appellants. In this personal injury action plaintiffs have been compelled to commence several actions. In some instances this was because of erroneous information given them by defendants, apparently closely related corporations. Additionally, defendants were advised prior to the return date of the motion of a deficiency in their moving papers. This advice was coupled with an offer by plaintiffs to extend the return day of the motion so that the deficiency might be remedied. The offer was rejected. Thus defendants acted with knowledge. The facts and circumstances revealed by the record warrant the imposition of the condition above. Concur — Botein, P. J., Stevens, Steuer, Rabin and McNally, JJ.

■ BRIDGET GALLAGHER, Appellant, v. PAUL VAN STAPPEN et al., Respondents.— Order entered November 30, 1966, unanimously reversed, on the law and the facts and in the exercise of discretion, without costs and without disbursements, and the motion for a trial preference granted. Plaintiff's advanced age, the uncontroverted proof of the nature and extent of the injuries, plaintiff's incapacity and immobility, the need for medical and custodial care, and the depletion of plaintiff's meagre financial resources, warrant the relief. Concur — Botein, P. J., Stevens, Steuer, Rabin and McNally, JJ.

■ MACDONALD G. ALS, Respondent, v. CHRISTOPHER WELCH, Appellant.— Judgment in favor of plaintiff unanimously reversed, on the law, on the facts and in the exercise of discretion, the verdict vacated and a new trial granted, with $50 costs and disbursements to defendant-appellant, unless plaintiff stipulates to accept $35,000 in lieu of the amount awarded by verdict, in which event the judgment is modified to that extent, and as so modified, affirmed with $50 costs and disbursements to defendant-appellant. In this personal injury negligence action, it is evident that the amount awarded by the jury is grossly excessive and that a verdict in excess of the amount indicated is not warranted on this record. Settle order on notice. Concur — Botein, P. J., Steuer, Capozzoli, Tilzer and McNally, JJ.